966

No. 133. KOLOD ET AL. *v.* UNITED STATES, *ante,* p. 834. The Solicitor General is requested to file a response to petition for rehearing within thirty days. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 378. O'REILLY *v.* BOARD OF MEDICAL EXAMINERS OF THE STATE OF CALIFORNIA. Sup. Ct. Cal.;

No. 661. ALLEN ET AL. *v.* STATE BOARD OF ELECTIONS ET AL. Appeal from D. C. E. D. Va.; and

No. 665. PAUL H. ASCHKAR & Co. *v.* KAMEN & Co. ET AL. C. A. 9th Cir.

No. 726. MATHIS *v.* UNITED STATES. C. A. 5th Cir. (Certiorari granted, *ante,* p. 896.) Motion of petitioner for the appointment of counsel granted. It is ordered that *Nicholas J. Capuano, Esquire,* of Miami, Florida, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 408, Misc. STEPPE *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. *Earl Faircloth,* Attorney General of Florida, and *Jesse J. Mc-Crary, Jr.,* Assistant Attorney General, for respondent.

No. 690, Misc. BLAIR *v.* KROPP, WARDEN;

No. 711, Misc. SMITH *v.* PATE, WARDEN;

No. 713, Misc. BOWMAN *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.;

No. 741, Misc. BARTZ *v.* FLORIDA; and

No. 756, Misc. BAILEY *v.* KROPP, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.